**Robert Townsend, Pro Per**
P.O. Box 3330
Dana Point. CA 92629
Phone: 949-495-0089
Fax: 949-495-0580

Defendant and Plaintiff In Pro Per

# UNITED STATES DISTRICT COURT

SACV08-00372 AG (ANx)

Robert Townsend,
  Complainant,

Vs.

Bank of America N.A,. Asset Management Professionals, LLC, First National Collection Bureau, Inc, Gerald E. Moore & Associates, P.C., Asset Management Professionals First National Collection Bureau, Inc. Does 3-10

Defendants.

**COMPLAINT FOR DAMAGES**

**DEMAND FOR JURY TRIAL**

**AMENDMENT TO COMPLAINT**

## CENTRAL DISTRICT OF CALIFORNIA

## FICTITIOUS NAME

I have discovered the true name of Does 1 and 2 to be

Asset Management Professionals and First National Collection Bureau, Inc.

The complaint/cross-complaint is amended to reflect the true name wherever it appears in the pleading.

4/10/08
(Date)

(Robert Townsend, Pro Per)