FILED
CLERK, U.S. DISTRICT COURT

APR 16 2008

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

**Robert Townsend, Pro Per**
P.O. Box 3330
Dana Point. CA 92629
Phone: 949-495-0089
Fax: 949-495-0580

Defendant and Plaintiff In Pro Per

# UNITED STATES DISTRICT COURT

Robert Townsend,
  Complainant,

Vs.

Bank of America N.A,.Asset Management Professionals, LLC, First National Collection Bureau, Inc, Gerald E. Moore & Associates, P.C., Asset Management Professionals First National Collection Bureau, Inc.
Does 3-10

Defendants.

SACV 08-372 AG(ANx)

**COMPLAINT FOR DAMAGES**

**DEMAND FOR JURY TRIAL**

**AMENDMENT TO COMPLAINT**

## CENTRAL DISTRICT OF CALIFORNIA

# FICTITIOUS NAME

I have discovered the true name of Does 3, 4 and 5 to be

Worldwide Asset Purchasing LLC aka/West Asset Management Inc Capital

Management Services, LP.

The complaint/cross-complaint is amended to reflect the true name wherever it appears in the pleading.

_____
(Date)

_____
(Robert Townsend, Pro Per)

-1-
Townsend v Bank of America, et al Federal Complaint Amendment re Does 3,4,& 5

LA/632899v1