TIMOTHY P. JOHNSON (BAR NO. 66333)
LAW OFFICES OF TIMOTHY P. JOHNSON
17821 E. 17TH STREET, SUITE 290
TUSTIN, CALIFORNIA 92780
TELEPHONE: (714) 832-1170
FACSIMILE: (714) 832-1179
E-MAIL: tjohnson@johnson-chambers.com

Attorneys for Defendants GERALD E. MOORE & ASSOCIATES, P.C.; WORLDWIDE ASSET PURCHASING II, LLC; WEST ASSET MANAGEMENT, INC.; FREDERICK J. HANNA & ASSOCIATES; ASSET MANAGEMENT PROFESSIONALS; THOMAS R. CALLAHAN; ALEX BEUHRING; RICHARD K. LUNDEBERG; BYRON MANLEY; KAY FITZGERALD; JAMES DUBSKY; DARRELL TYRONE HANNA; JUAN BLANCO; DOLORES WILLIAMS; and RUSSELL ALLEN FORD, JR.

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TOWNSEND, | Case No. SACV 08-372 AG (ANx) |
| Complainant, | |
| vs. | |
| BANK OF AMERICA N.A,. ASSET MANAGEMENT PROFESSIONALS, LLC, FIRST NATIONAL COLLECTION BUREAU, INC, GERALD E. MOORE & ASSOCIATES, P.C., does 1-10 | **NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AS TO DEFENDANTS DARRELL TYRONE HANNA; JUAN BLANCO; DOLORES WILLIAMS and RUSSELL ALLEN FORD, JR. PURSUANT TO F.R.C.P. 12(b)(2) and F.R.C.P. 12(b)(4)** |
| Defendants. | |
| | **Date: January 12, 2009 Time: 10:00 a.m. Courtroom: 10D** |

///

LAW OFFICES OF TIMOTHY P. JOHNSON

**TO PLAINTIFF ROBERT TOWNSEND, PRO SE:**

**PLEASE TAKE NOTICE** that on January 12, 2009, at 10:00 a.m., in Courtroom 10D at the United States District Court located at 411 W. Fourth Street, Santa Ana, California 92701, Defendants DARRELL TYRONE HANNA, JUAN BLANCO, DOLORES WILLIAMS and RUSSELL ALLEN FORD, JR., will move the Court for dismissal of the First Amended Complaint as to moving defendants.

This Motion is made on the grounds that the First Amended Complaint fails to identify the moving defendants in the summons for the First Amended Complaint as required by FRCP, Rule 4, in the caption for the First Amended Complaint as required by FRCP, Rule 10, or in the body of the First Amended Complaint. This Motion is also made on the grounds that this Court does not possess personal jurisdiction over any of the moving defendants.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

LAW OFFICES OF TIMOTHY P. JOHNSON

1              This Motion is based upon this Notice; the Memorandum of Points and

2    Authorities filed herein; the declarations of DARRELL TYRONE HANNA, JUAN

3    BLANCO, DOLORES WILLIAMS, RUSSELL ALLEN FORD, JR., and Timothy P.

4    Johnson; the supporting evidence filed concurrently herewith; the papers, pleadings

5    and records on file herein; and upon such oral and documentary evidence as may be

6    presented at the hearing of this Motion.

7

8    Dated:  December 12, 2008

9                        **LAW OFFICES OF TIMOTHY P. JOHNSON**

10

11   By:

12       TIMOTHY P. JOHNSON
         Attorneys for Defendants GERALD E.

13       MOORE & ASSOCIATES, P.C.;
         WORLDWIDE ASSET PURCHASING II,

14       LLC; WEST ASSET MANAGEMENT, INC.;
         FREDERICK J. HANNA & ASSOCIATES;

15       ASSET MANAGEMENT PROFESSIONALS;

16       THOMAS R. CALLAHAN; ALEX
         BEUHRING;       RICHARD       K.

17       LUNDEBERG; BYRON MANLEY;
         KAY    FITZGERALD;    JAMES

18       DUBSKY;   DARRELL   TYRONE

19       HANNA;    JUAN    BLANCO;
         DOLORES    WILLIAMS    and

20       RUSSELL ALLEN FORD, JR.

21

22

23

24

25

26

27

28

LAW OFFICES OF TIMOTHY P. JOHNSON

**LAW OFFICES OF TIMOTHY P. JOHNSON**

## PROOF OF SERVICE BY MAIL

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 17821 E. 17th Street, Suite 290, Tustin, California 92780.

On December 12, 2008, I served the foregoing document described as **NOTICE OF MOTION AND MOTION FOR DISMISSAL OF THE FIRST AMENDED COMPLAINT** on all interested parties in this action by:

✓   placing __ the original ✓ a true copy thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

✓   **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U. S. Postal Service on the same day with postage thereon fully prepaid at Tustin, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__   **BY FACSIMILE TRANSMISSION:** From Fax No. (714) 832-1179 to the facsimile numbers listed on the attached mailing list. The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine.

__   **BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

__   **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

**EXECUTED** on December 12, 2008 at Tustin, California.

KAREN R. JOHNSON

*Townsend v. Bank of America, et al.*
**USDC, Case No. SACV 08-372 AG (ANx)**

### MAILING LIST

Mr. Robert Townsend, Pro Per          Plaintiff in Pro Per
P.O. Box 3330
Dana Point, CA 92629
(949) 495-0089  FAX: (949) 495-0580

Stephen M. MacPhail (Bar No. 106522)  Attorneys for Defendant
BRAGG & KULUVA                        FIRST NATIONAL COLLECTION
555 S. Flower Street, Suite 660       BUREAU, INC.
Los Angeles, CA 90071
(213) 612-5335  FAX:  (213) 612-5712

LAW OFFICES OF TIMOTHY P. JOHNSON