Robert Townsend, Pro Per
P.O. Box 3330
Dana Point. CA 92629
Phone: 949-495-0089
Fax: 949-495-0580

Plaintiff In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Robert Townsend,<br>  Plaintiff,<br><br>Vs.<br><br>**Bank of America N.A**, Asset Management Professionals, LLC, First National Collection Bureau, Inc, Gerald E. Moore & Associates, P.C., Asset Management Professionals (Doe 1) First National Collection Bureau, In c., (Does 2) Worldwide Asset Purchasing LLC (Doe 3) aka/West Asset Management Inc. (Doe 4), Worldwide Asset Management, LLC (Does 5), FREDERICK J. HANNA & ASSOCIATES, P.C., (doe 6) does 7-10<br>Defendants. | SACV-08-00372-AG (ANx)<br><br>**FIRST AMENDED COMPLAINT FOR DAMAGES**<br><br>**DEMAND FOR JURY TRIAL**<br><br>STIPULATED CONTINUANCE PLAINTIFFS NOTICE OF MOTION AND MOTION FOR LEAVE TO ADD NAMES AND TO RE SET TRIAL DATE<br><br>JUDGE: HON. ANDREW GUILFORD<br>DEPT 10 D<br>TIME: 10:00 AM<br>DATE: DECEMBER 22, 2008 |

TO THE CLERK OF THE COURT:

The parties have met and conferred and have agreed to a continuance of the motions to January 19, 2008, 10:00 AM before the Hon. Andrew Guilford, Dept 10 D in the United

```
 1  States    District,    Southern    Division,    Santa    Ana,
 2  California.
 3  DATED: Dec 10, 2008
 4                                  Timothy R. Johnson
                                    Law Offices of Timothy P. Johnson
 5                                  17821 E. 17th Street
                                    Suite 290
 6                                  Tustin CA 92780
 7  DATED: Dec 10, 2008
 8                                  (Robert Townsend, Pro Se)
 9
10
11  The above Stipulation is approved and the Clerk
12  shall reschedule said hearing as indicated above.
13
14  DATE: ____                      _____
15                                  JUDGE OF THE ABOVE COURT
16
17
18
19
20
21
22
23
24
25
```

## PROOF OF SERVICE BY MAIL

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. over the age of 18 and not a party to the within action; my business address is 32545 "B" Golden Lantern, Dana Point, Ca 92629

On December 11, 2008, I served the foregoing document described **Stipulation to continue Motion for leave to Amend to Add names and Reset Trial date**
On all interested parties in this action to and  by:
_X___     BY placing _X _a true copy thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

Timothy P. Johnson, Esq.
Law Offices of Timothy P. Johnson
17821 E. 17th Street, Suite 290
Tustin, Ca 92780
Attorneys for
WORLWIDE ASSET MANAGEMENT
ASSET MANAGEMENT PROFESSIONALS, LLC
GERALD MOORE & ASSSOCIATES
WEST ASSET MANAGEMENT, INC.
FREDERICK J. HANNA & ASSOCIATES, P.C.

Stephen M. MacPhail, Esq
Bragg & Kuluva
555 South Flower Street, Suite 600
Los Angeles, Ca 90071
FIRST NATIONAL COLLECTION

X____**BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U. S. Postal Service on the same day with postage thereon fully prepaid at Tustin, California, in the ordinary course of business. I am aware that on motion of the party served, service *is* presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee.
I am

LA/632899v1


1  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

EXECUTED on December 11, 2008, at Dana Point, Ca 92629

_____
(Michael Lee)

LA/632899v1
