1
2
3
4
5
6

TIMOTHY P. JOHNSON (BAR NO. 66333)
LAW OFFICES OF TIMOTHY P. JOHNSON
17821 E. 17TH STREET, SUITE 290
TUSTIN, CALIFORNIA 92780
TELEPHONE: (714) 832-1170
FACSIMILE: (714) 832-1179
E-MAIL: tjohnson@johnson-chambers.com

7
8
9
10
11
12
13
14

Attorneys for Defendants GERALD E. MOORE & ASSOCIATES, P.C.;
WORLDWIDE ASSET PURCHASING II, LLC; WEST ASSET
MANAGEMENT, INC.; FREDERICK J. HANNA & ASSOCIATES;
ASSET MANAGEMENT PROFESSIONALS; WORLDWIDE ASSET
PURCHASING, LLC; WORLDWIDE ASSET, INC.; THOMAS R.
CALLAHAN; ALEX BEUHRING; RICHARD K. LUNDEBERG; BYRON
MANLEY; KAY FITZGERALD; JAMES DUBSKY; DARRELL
TYRONE HANNA; JUAN BLANCO; DOLORES WILLIAMS; RUSSELL
ALLEN FORD, JR.; MICHAEL ROSENTHAL; KIMBERLY
ROSENTHAL; and DONNA GARCIA

15

UNITED STATES DISTRICT COURT

16

FOR THE CENTRAL DISTRICT OF CALIFORNIA

17
18
19
20
21
22
23
24
25
26

ROBERT TOWNSEND,

    Complainant,

    vs.

BANK OF AMERICA N.A., ASSET
MANAGEMENT PROFESSIONALS,
LLC, FIRST NATIONAL
COLLECTION BUREAU, INC,
GERALD E. MOORE &
ASSOCIATES, P.C., does 1-10

    Defendants.

Case No. SACV 08-372 AG (ANx)

**ANSWER OF DEFENDANT
WORLDWIDE ASSET, INC. TO
PLAINTIFF'S FIRST AMENDED
COMPLAINT**

27
28

    Defendant, WORLDWIDE ASSET, INC., for itself and for no other
defendants, answers the First Amended Complaint as follows:

-1-

LAW OFFICES OF TIMOTHY P. JOHNSON

1    1. Answering paragraph 1 of the First Amended Complaint, defendant is
2  without knowledge or information to form a belief as to the truth of the allegations
3  contained therein, and on that basis deny each and every allegation therein.

4    2. Answering paragraph 2 of the First Amended Complaint, defendant is
5  without knowledge or information to form a belief as to the truth of the allegations
6  contained therein, and on that basis deny each and every allegation therein.

7    3. Answering paragraph 3 of the First Amended Complaint, defendant is
8  without knowledge or information to form a belief as to the truth of the allegation
9  contained therein, and on that basis denies each and every allegation therein.

10    4. Answering paragraph 4 of the First Amended Complaint, defendant is
11  without knowledge or information to form a belief as to the truth of the allegations
12  contained therein, and on that basis denies each and every allegation therein.

13    5. Answering paragraph 5 of the First Amended Complaint, defendant is
14  without knowledge or information to form a belief as to the truth of the allegations
15  contained therein, and on that basis denies each and every allegation therein.

16    6. Answering paragraph 6 of the First Amended Complaint, defendant is
17  without knowledge or information to form a belief as to the truth of the allegations
18  contained therein, and on that basis denies each and every allegation therein.

19    7. Answering paragraph 7 of the First Amended Complaint, defendant is
20  without knowledge or information to form a belief as to the truth of the allegations
21  contained therein, and on that basis denies each and every allegation therein.

22    8. Answering paragraph 8 of the First Amended Complaint, defendant is
23  without knowledge or information to form a belief as to the truth of the allegations
24  contained therein, and on that basis denies each and every allegation therein.

25    9. Answering paragraph 9 of the First Amended Complaint, defendant is
26  without knowledge or information to form a belief as to the truth of the allegations
27  contained therein, and on that basis denies each and every allegation therein.

28    10.Answering paragraph 10 of the First Amended Complaint, defendant

LAW OFFICES OF TIMOTHY P. JOHNSON

-2-

1    is without knowledge or information to form a belief as to the truth of the allegations

2    contained therein, and on that basis denies each and every allegation therein.

3         11.Answering paragraph 11 of the First Amended Complaint, defendant

4    is without knowledge or information to form a belief as to the truth of the allegations

5    contained therein, and on that basis denies each and every allegation therein.

6         12.Answering paragraph 12 of the First Amended Complaint, defendant

7    is without knowledge or information to form a belief as to the truth of the allegations

8    contained therein, and on that basis denies each and every allegation therein.

9         13.Answering paragraph 13 of the First Amended Complaint, defendant

10   denies the allegations contained therein.

11        14.Answering paragraph 14 of the First Amended Complaint, defendant

12   denies the allegations contained therein.

13        15.Answering paragraph 15 of the First Amended Complaint, defendant

14   is without knowledge or information to form a belief as to the truth of the allegations

15   contained therein, and on that basis denies each and every allegation therein.

16        16.Answering paragraph 16 of the First Amended Complaint, defendant

17   is without knowledge or information to form a belief as to the truth of the allegations

18   contained therein, and on that basis denies each and every allegation therein.

19        17.Answering paragraph 17 of the First Amended Complaint, defendant

20   is without knowledge or information to form a belief as to the truth of the allegations

21   contained therein, and on that basis denies each and every allegation therein.

22        18.Answering paragraph 18 of the First Amended Complaint, defendant

23   denies the allegations contained therein.

24        19.Answering paragraph 19 of the First Amended Complaint, defendant

25   denies the allegations contained therein.

26        20.Answering paragraph 20 of the First Amended Complaint, defendant

27   denies the allegations contained therein.

28        21.Answering paragraph 21 of the First Amended Complaint, defendant

LAW OFFICES OF TIMOTHY P. JOHNSON

-3-

ANSWER TO FIRST AMENDED COMPLAINT                    Case No. SACV 08-372 AG (ANx)

1  denies the allegations contained therein.

2        22. Answering paragraph 22 of the First Amended Complaint, defendant

3  denies the allegations contained therein.

4        23.    Answering paragraph 23 of the First Amended Complaint,

5  defendant is without knowledge or information to form a belief as to the truth of the

6  allegations contained therein, and on that basis denies each and every allegation

7  therein.

8        24. Answering paragraph 24 of the First Amended Complaint, defendant

9  denies the allegations contained therein.

10        25. Answering paragraph 25 of the First Amended Complaint, defendant

11  is without knowledge or information to form a belief as to the truth of the allegations

12  contained therein, and on that basis denies each and every allegation therein.

13        26. Answering paragraph 26 of the First Amended Complaint, defendant

14  is without knowledge or information to form a belief as to the truth of the allegations

15  contained therein, and on that basis denies each and every allegation therein.

16        27. Answering paragraph 27 of the First Amended Complaint, defendant

17  is without knowledge or information to form a belief as to the truth of the allegations

18  contained therein, and on that basis denies each and every allegation therein.

19        28. Answering paragraph 28 of the First Amended Complaint, defendant

20  denies the allegations contained therein.

21        29. Answering paragraph 29 of the First Amended Complaint, defendant

22  denies the allegations contained therein.

23        30.    Answering paragraph 30 of the First Amended Complaint,

24  defendant denies the allegations contained therein.

25        31. Answering paragraph 31 of the First Amended Complaint, defendant

26  denies the allegations contained therein.

27        32. Answering paragraph 32 of the First Amended Complaint, defendant

28  denies the allegations contained therein.

ANSWER TO FIRST AMENDED COMPLAINT                Case No. SACV 08-372 AG (ANx)

LAW OFFICES OF TIMOTHY P. JOHNSON

1    33. Answering paragraph 33 of the First Amended Complaint, defendant

2    denies the allegations contained therein.

3    34. Answering paragraph 34 of the First Amended Complaint, defendant

4    is without knowledge or information to form a belief as to the truth of the allegations

5    contained therein, and on that basis denies each and every allegation therein.

6    35. Answering paragraph 35 of the First Amended Complaint, defendant

7    denies the allegations contained therein.

8    36. Answering paragraph 36 of the First Amended Complaint, defendant

9    denies the allegations contained therein.

10    37. Answering paragraph 37 of the First Amended Complaint, defendant

11    denies the allegations contained therein.

12    38.    Answering paragraph 38 of the First Amended Complaint,

13    defendant denies the allegations contained therein.

14    39. Answering paragraph 39 of the First Amended Complaint, defendant

15    denies the allegations contained therein.

16    40.    Answering paragraph 40 of the First Amended Complaint,

17    defendant denies the allegations contained therein.

18    41.    Answering paragraph 41 of the First Amended Complaint,

19    defendant denies the allegations contained therein.

20    42. Answering paragraph 42 of the First Amended Complaint, defendant

21    denies the allegations contained therein.

22    43. Answering paragraph 43 of the First Amended Complaint, defendant

23    denies the allegations contained therein.

24    44. Answering paragraph 44 of the First Amended Complaint, defendant

25    denies the allegations contained therein.

26    45. Answering paragraph 45 of the First Amended Complaint, defendant

27    denies the allegations contained therein.

28    46. Answering paragraph 46 of the First Amended Complaint, defendant

ANSWER TO FIRST AMENDED COMPLAINT                    Case No. SACV 08-372 AG (ANx)

LAW OFFICES OF TIMOTHY P. JOHNSON

1    denies the allegations contained therein.

2        47. Answering paragraph 47 of the First Amended Complaint, defendant
3    denies the allegations contained therein.

4        48. Answering paragraph 48 of the First Amended Complaint, defendant
5    denies the allegations contained therein.

6        49. Answering paragraph 49 of the First Amended Complaint, defendant
7    denies the allegations contained therein.

8        50. Answering paragraph 50 of the First Amended Complaint, defendant
9    is without knowledge or information to form a belief as to the truth of the allegations
10   contained therein, and on that basis denies each and every allegation therein.

11       51. Answering paragraph 51 of the First Amended Complaint, defendant
12   denies the allegations contained therein.

13       52. Answering paragraph 52 of the First Amended Complaint, defendant
14   denies the allegations contained therein.

15       53. Answering paragraph 53 of the First Amended Complaint, defendant
16   is without knowledge or information to form a belief as to the truth of the allegations
17   contained therein, and on that basis denies each and every allegation therein.

18       54. Answering paragraph 54 of the First Amended Complaint, defendant
19   denies the allegations contained therein.

20       55. Answering paragraph 55 of the First Amended Complaint, defendant
21   denies the allegations contained therein.

22       56. Answering paragraph 56 of the First Amended Complaint, defendant
23   denies the allegations contained therein.

24       57. Answering paragraph 57 of the First Amended Complaint, defendant
25   denies the allegations contained therein.

26       58. Answering paragraph 58 of the First Amended Complaint, defendant
27   denies the allegations contained therein.

28       59. Answering paragraph 59 of the First Amended Complaint, defendant

LAW OFFICES OF TIMOTHY P. JOHNSON

-6-

denies the allegations contained therein.

60. Answering paragraph 60 of the First Amended Complaint, defendant denies the allegations contained therein.

61. Answering paragraph 61 of the First Amended Complaint, defendant denies the allegations contained therein.

62. Answering paragraph 62 of the First Amended Complaint, defendant denies the allegations contained therein.

63. Answering paragraph 63 of the First Amended Complaint, defendant denies the allegations contained therein.

64. Answering paragraph 64 of the First Amended Complaint, defendant denies the allegations contained therein.

65. Answering paragraph 65 of the First Amended Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

66. Answering paragraph 66 of the First Amended Complaint, defendant denies the allegations contained therein.

67. Answering paragraph 67 of the First Amended Complaint, defendant denies the allegations contained therein.

68. Answering paragraph 68 of the First Amended Complaint, defendant denies the allegations contained therein.

69. Answering paragraph 69 of the First Amended Complaint, defendant denies the allegations contained therein.

70. Answering paragraph 70 of the First Amended Complaint, defendant denies the allegations contained therein.

71. Answering paragraph 71 of the First Amended Complaint, defendant denies the allegations contained therein.

72. Answering paragraph 72 of the First Amended Complaint, defendant denies the allegations contained therein.

ANSWER TO FIRST AMENDED COMPLAINT                    Case No. SACV 08-372 AG (ANx)

LAW OFFICES OF TIMOTHY P. JOHNSON

1    73. Answering paragraph 73 of the First Amended Complaint, defendant

2    denies the allegations contained therein.

3    74. Answering paragraph 74 of the First Amended Complaint, defendant

4    denies the allegations contained therein.

5    75. Answering paragraph 75 of the First Amended Complaint, defendant

6    denies the allegations contained therein.

7    76. Answering paragraph 76 of the First Amended Complaint, defendant

8    denies the allegations contained therein.

9    77. Answering paragraph 77 of the First Amended Complaint, defendant

10   denies the allegations contained therein.

11   78. Answering paragraph 78 of the First Amended Complaint, defendant

12   denies the allegations contained therein.

13   79. Answering paragraph 79 of the First Amended Complaint, defendant

14   denies the allegations contained therein.

15   80. Answering paragraph 80 of the First Amended Complaint, defendant

16   denies the allegations contained therein.

17   81. Answering paragraph 81 of the First Amended Complaint, defendant

18   denies the allegations contained therein.

19   82. Answering paragraph 82 of the First Amended Complaint, defendant

20   denies the allegations contained therein.

21   83. Answering paragraph 83 of the First Amended Complaint, defendant

22   denies the allegations contained therein.

23   84. Answering paragraph 84 of the First Amended Complaint, defendant

24   is without knowledge or information to form a belief as to the truth of the allegations

25   contained therein, and on that basis denies each and every allegation therein.

26   85. Answering paragraph 85 of the First Amended Complaint, defendant

27   is without knowledge or information to form a belief as to the truth of the allegations

28   contained therein, and on that basis denies each and every allegation therein.

-8-

86. Answering paragraph 86 of the First Amended Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

87. Answering paragraph 87 of the First Amended Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

88. Answering paragraph 88 of the First Amended Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

89. Answering paragraph 89 of the First Amended Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

90. Answering paragraph 90 of the First Amended Complaint, defendant denies the allegations contained therein.

91. Answering paragraph 91 of the First Amended Complaint, defendant denies the allegations contained therein.

92. Answering paragraph 92 of the First Amended Complaint, defendant denies the allegations contained therein.

93. Answering paragraph 93 of the First Amended Complaint, defendant denies the allegations contained therein.

94. Answering paragraph 94 of the First Amended Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

95. Answering paragraph 95 of the First Amended Complaint, defendant denies the allegations contained therein.

96. Answering paragraph 96 of the First Amended Complaint, defendant denies the allegations contained therein.

97. Answering paragraph 97 of the First Amended Complaint, defendant

ANSWER TO FIRST AMENDED COMPLAINT                    Case No. SACV 08-372 AG (ANx)

1    denies the allegations contained therein.

2          98. Answering paragraph 98 of the First Amended Complaint, defendant

3    denies the allegations contained therein.

4          99. Answering paragraph 99 of the First Amended Complaint, defendant

5    is without knowledge or information to form a belief as to the truth of the allegations

6    contained therein, and on that basis denies each and every allegation therein.

7          100.   Answering  paragraph  100  of  the  First  Amended  Complaint,

8    defendant denies the allegations contained therein.

9          101.   Answering  paragraph  101  of  the  First  Amended  Complaint,

10   defendant denies the allegations contained therein.

11         102.   Answering  paragraph  102  of  the  First  Amended  Complaint,

12   defendant denies the allegations contained therein.

13         103.   Answering  paragraph  103  of  the  First  Amended  Complaint,

14   defendant denies the allegations contained therein.

15         104.   Answering  paragraph  104  of  the  First  Amended  Complaint,

16   defendant denies the allegations contained therein.

17         105.   Answering  paragraph  105  of  the  First  Amended  Complaint,

18   defendant denies the allegations contained therein.

19         106.   Answering  paragraph  106  of  the  First  Amended  Complaint,

20   defendant denies the allegations contained therein.

21         107.   Answering  paragraph  107  of  the  First  Amended  Complaint,

22   defendant denies the allegations contained therein.

23         108.   Answering  paragraph  108  of  the  First  Amended  Complaint,

24   defendant is without knowledge or information to form a belief as to the truth of the

25   allegations  contained  therein,  and  on  that  basis  denies  each  and  every  allegation

26   therein.

27         109.   Answering  paragraph  109  of  the  First  Amended  Complaint,

28   defendant is without knowledge or information to form a belief as to the truth of the

ANSWER TO FIRST AMENDED COMPLAINT                    Case No. SACV 08-372 AG (ANx)

LAW OFFICES OF TIMOTHY P. JOHNSON

allegations contained therein, and on that basis denies each and every allegation therein.

110. Answering paragraph 110 of the First Amended Complaint, defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State Cause of Action)

The complaint and each cause of action contained therein fails to state facts sufficient to constitute causes of action as to this answering defendant.

## SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

The complaint and each cause of action contained therein is barred by the applicable statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

At all times material herein, plaintiff failed and neglected to mitigate his damages, so as to reduce and/or diminish his claim.

## FOURTH AFFIRMATIVE DEFENSE

### (Laches)

This answering defendant is informed and believes and on such basis alleges that plaintiff is guilty of laches and that each and every cause of action within the complaint should fail because plaintiff has inexcusably and unreasonably delayed the commencement of his action against this defendant and is estopped from asserting his actions as a result thereof.

///

-11-

ANSWER TO FIRST AMENDED COMPLAINT                    Case No. SACV 08-372 AG (ANx)

LAW OFFICES OF TIMOTHY P. JOHNSON

## FIFTH AFFIRMATIVE DEFENSE

### (Estoppel)

This answering defendant is informed and believes that the complaint and each and every cause of action contained therein fails because of this answering defendant's reasonable reliance on the acts or omissions of plaintiff, whereby the plaintiff is now estopped from asserting the claims in his complaint against this answering defendant.

## SIXTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Plaintiff's claims against this answering defendant are expressly barred as a result of plaintiff's unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

### (Comparative Fault of Third Parties)

If plaintiff suffered or sustained any damage or injury, either as alleged in the complaint, or at all, the same was directly and proximately contributed to by the negligence, recklessness, carelessness, fault, and unlawful conduct of other parties or entities, whether or not parties to this action, and damages of plaintiff, if any, shall be reduced in proportion to the amount of negligence and/or fault attributable to such other persons or entities, whether or not parties to this action.

## EIGHTH AFFIRMATIVE DEFENSE

### (Comparative Fault)

If plaintiff suffered or sustained any damage or injury, either as alleged in the complaint or at all, the same was directly and proximately contributed to by the negligence, recklessness, carelessness, fault and unlawful conduct of plaintiff, and damages of plaintiff, if any, shall be reduced in proportion to the amount of negligence and/or fault attributable to plaintiff.

-12-

LAW OFFICES OF TIMOTHY P. JOHNSON

1

### NINTH AFFIRMATIVE DEFENSE

2

Any violations of law, if any occurred, resulted from a bona fide error

3

despite the maintenance of procedures reasonably adopted to avoid any such error.

4

### TENTH AFFIRMATIVE DEFENSE

5

This answering defendant is not identified in the summons or the caption

6

of the First Amended Complaint rendering the service of process on this answering

7

defendant invalid.

8

9   ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

ANSWER TO FIRST AMENDED COMPLAINT                    Case No. SACV 08-372 AG (ANx)

LAW OFFICES OF TIMOTHY P. JOHNSON

WHEREFORE, this answering defendant prays for judgment as follows:

1.  Plaintiff take nothing by reason of the complaint;

2.  This answering defendant be dismissed with prejudice;

3.  For costs of suit incurred herein;

4.  For reasonable attorney's fees incurred herein; and

5.  For such other relief as the Court deems just and proper.

Dated:  December 16, 2008

**LAW OFFICES OF TIMOTHY P. JOHNSON**

By: _____

TIMOTHY P. JOHNSON
Attorneys for Defendants GERALD E.
MOORE & ASSOCIATES, P.C.;
WORLDWIDE ASSET PURCHASING II,
LLC; WEST ASSET MANAGEMENT, INC.;
FREDERICK J. HANNA & ASSOCIATES;
ASSET MANAGEMENT PROFESSIONALS;
WORLDWIDE ASSET PURCHASING, LLC;
WORLDWIDE ASSET, INC.;
THOMAS R. CALLAHAN; ALEX
BEUHRING;    RICHARD    K.
LUNDEBERG; BYRON MANLEY;
KAY    FITZGERALD;    JAMES
DUBSKY;    DARRELL    TYRONE
HANNA;    JUAN    BLANCO;
DOLORES WILLIAMS; RUSSELL
ALLEN FORD, JR.; MICHAEL
ROSENTHAL;    KIMBERLY
ROSENTHAL;    and    DONNA
GARCIA

Tpj:cww/townsend/pleadings/026

ANSWER TO FIRST AMENDED COMPLAINT                    Case No. SACV 08-372 AG (ANx)

LAW OFFICES OF TIMOTHY P. JOHNSON

# PROOF OF SERVICE BY MAIL

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 17821 E. 17th Street, Suite 290, Tustin, California 92780.

On December 16, 2008, I served the foregoing document described as **ANSWER OF DEFENDANT WORLDWIDE ASSET, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT** on all interested parties in this action by:

 ✓  placing __ the original ✓ a true copy thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

 ✓  **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U. S. Postal Service on the same day with postage thereon fully prepaid at Tustin, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

 __  **BY FACSIMILE TRANSMISSION:** From Fax No. (714) 832-1179 to the facsimile numbers listed on the attached mailing list. The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine.

 __  **BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

 __  **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

**EXECUTED** on December 16, 2008 at Tustin, California.

KAREN R. JOHNSON

LAW OFFICES OF TIMOTHY P. JOHNSON

-15-

ANSWER TO FIRST AMENDED COMPLAINT    Case No. SACV 08-372 AG (ANx)

1 | *Townsend v. Bank of America, et al.*
2 | <u>**USDC, Case No. SACV 08-372 AG (ANx)**</u>

3

4 | <u>**MAILING LIST**</u>

5 | Mr. Robert Townsend, Pro Per          Plaintiff in Pro Per
6 | P.O. Box 3330
   | Dana Point, CA 92629
7 | (949) 495-0089  FAX: (949) 495-0580

8

9 | Stephen M. MacPhail (Bar No. 106522)    Attorneys for Defendant
   | BRAGG & KULUVA                           FIRST NATIONAL COLLECTION
10 | 555 S. Flower Street, Suite 660          BUREAU, INC.
   | Los Angeles, CA 90071
11 | (213) 612-5335  FAX:  (213) 612-5712

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF TIMOTHY P. JOHNSON

-16-

ANSWER TO FIRST AMENDED COMPLAINT                    Case No. SACV 08-372 AG (ANx)