TIMOTHY P. JOHNSON (BAR NO. 66333)
LAW OFFICES OF TIMOTHY P. JOHNSON
17821 E. 17TH STREET, SUITE 290
TUSTIN, CALIFORNIA 92780
TELEPHONE: (714) 832-1170
FACSIMILE: (714) 832-1179
E-MAIL: tjohnson@johnson-chambers.com

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR - 8 2009
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Attorneys for Defendants GERALD E. MOORE & ASSOCIATES, P.C.; WORLDWIDE ASSET PURCHASING II, LLC; WEST ASSET MANAGEMENT, INC.; FREDERICK J. HANNA & ASSOCIATES; ASSET MANAGEMENT PROFESSIONALS; WORLDWIDE ASSET PURCHASING, LLC; WORLDWIDE ASSET, INC.; WORLDWIDE ASSET MANAGEMENT, LLC, now known as WEST ASSET MANAGEMENT, INC.; THOMAS R. CALLAHAN; ALEX BEUHRING; RICHARD K. LUNDEBERG; BYRON MANLEY; KAY FITZGERALD; JAMES DUBSKY; DARRELL TYRONE HANNA; JUAN BLANCO; DOLORES WILLIAMS; RUSSELL ALLEN FORD, JR.; MICHAEL ROSENTHAL; KIMBERLY ROSENTHAL; DONNA GARCIA; and GERALD E. MOORE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TOWNSEND,<br><br>Complainant,<br><br>vs.<br><br>BANK OF AMERICA N.A,. ASSET MANAGEMENT PROFESSIONALS, LLC, FIRST NATIONAL COLLECTION BUREAU, INC, GERALD E. MOORE & ASSOCIATES, P.C., does 1-10<br><br>Defendants. | Case No.  SACV 08-372 AG (ANx)<br><br>[~~PROPOSED~~] JUDGMENT |

-1-

[PROPOSED] JUDGMENT                             Case No. SACV 08-372 AG (ANx)

The Court has granted Defendants' Motions to Dismiss. Therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of defendants GERALD E. MOORE & ASSOCIATES, P.C., WORLDWIDE ASSET PURCHASING II, LLC, WEST ASSET MANAGEMENT, INC., FREDERICK J. HANNA & ASSOCIATES, ASSET MANAGEMENT PROFESSIONALS, WORLDWIDE ASSET PURCHASING, LLC, WORLDWIDE ASSET, INC., WORLDWIDE ASSET MANAGEMENT, LLC, now known as WEST ASSET MANAGEMENT, INC., THOMAS R. CALLAHAN, ALEX BEUHRING, RICHARD K. LUNDEBERG, BYRON MANLEY, KAY FITZGERALD, JAMES DUBSKY, DARRELL TYRONE HANNA, JUAN BLANCO, DOLORES WILLIAMS, RUSSELL ALLEN FORD, JR., MICHAEL ROSENTHAL, KIMBERLY ROSENTHAL, DONNA GARCIA and GERALD E. MOORE and against plaintiff ROBERT TOWNSEND.

Dated: ~~March~~ APRIL 8, 2009

THE HON. ANDREW J. GUILFORD
United States District Judge